In the Matter of the Claim of FLORENCE H. DODD, Respondent, against FOUR SIXTY-ONE EIGHTH AVENUE COMPANY, INCORPORATED, et al., Appellants.

STATE INDUSTRIAL COMMISSION, Respondent.

*Dodd v. Four Sixty-one Eighth Avenue Co., Inc.*, 188 App. Div. 941, affirmed.

(Argued October 2, 1919; decided October 21, 1919.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 13, 1919, affirming an award of the state industrial commission made under the Workmen's Compensation Law. The original award provided for weekly payments to the claimant. Thereafter, on her petition, the industrial commission commuted these periodical payments to a lump sum. Appellants contended that an award under section 25 or 27 of the Workmen's Compensation Law commuting periodical payments in a death case to a widow and children dependent upon the deceased to one lump sum is in violation of the Constitutions of the state of New York and of the United States, in that it prejudices the privileges and immunities of citizens of the state of New York and of the United States, and in that it takes property without due process of law.

*William H. Foster* and *James B. Henry* for appellants.

*Charles D. Newton*, Attorney-General (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CHASE, CARDOZO, POUND and ANDREWS, JJ. Dissenting: HISCOCK, Ch. J., and MCLAUGHLIN, J. Absent: HOGAN, J.